IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF SUBJECT DOMAINS AS FURTHER DESCRIBED IN ATTACHMENTS A-1 THROUGH A-3 | No. 3:26-mj-00579-KFR<br><br>**FILED UNDER SEAL** |

**ORDER GRANTING MOTION TO UNSEAL CASE**

Having duly considered the United States' Motion to Unseal Case, the motion is hereby GRANTED. The Court hereby unseals the above-captioned case and all relevant documents pertaining to the seizure warrant.

DATED this 10th day of September 2026, at Anchorage, Alaska.

HON. KYLE F. REARDON
Chief United States Magistrate Judge