IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF SUBJECT DOMAINS AS FURTHER DESCRIBED IN ATTACHMENTS A-1 THROUGH A-3 | No. 3:26-mj-00579-KFR<br><br>**FILED UNDER SEAL** |

**ORDER**

Having duly considered the United States' Motion for Expedited Consideration, the motion is hereby GRANTED.

DATED this 10th day of September 2026, at Anchorage, Alaska.

HON. KYLE F. REARDON
Chief United States Magistrate Judge